No. 73–7031.  FOWLER v. NORTH CAROLINA.  Sup. Ct. N. C. [Certiorari granted, 419 U. S. 963.]  Petitioner

in this case was sentenced to death. Imposition and carrying out of the death penalty in this case constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. *Woodson* v. *North Carolina, ante,* p. 280. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded to the Supreme Court of North Carolina for further proceedings.

*Anthony G. Amsterdam* argued the cause for petitioner. With him on the brief were *Jack Greenberg, James M. Nabrit III, Adam Stein,* and *Charles L. Bector.*

*Jean A. Benoy,* Deputy Attorney General of North Carolina, argued the cause for respondent. With him on the brief was *Rufus L. Edmisten,* Attorney General.

*Solicitor General Bork* argued the cause for the United States as *amicus curiae.* With him on the brief were *Acting Assistant Attorney General Keeney, Deputy Solicitor General Randolph, Jerome M. Feit,* and *Harvey M. Stone.*

Briefs of *amici curiae* were filed by *Evelle J. Younger,* Attorney General, *Jack R. Winkler,* Chief Assistant Attorney General, and *William E. James,* Assistant Attorney General, for the State of California; by *Vernon B. Romney,* Attorney General, for the State of Utah; by *John J. Abt* for the National Alliance Against Racist and Political Repression; by *Chevene B. King* for the National Conference of Black Lawyers; and by Richard A. Heim.